**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE ADAM and CHANDRA MARIE ADAM,<br><br>                Plaintiffs,<br>    v.<br>UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE,<br><br>                Defendant. | Case No. 8:05-cv-00987-ODW(RNBx)<br><br>**ORDER TO SHOW CAUSE RE. RULE 11 SANCTIONS** |

      On September 5, 2013, the Court issued an Order to Requesting Status Report, which required the parties to submit a joint status report by September 17, 2013. (ECF No. 84) This joint status report was to set forth a discussion on how the parties perceive the case should go forward, including any stipulations or points of disagreement, and a proposed schedule for retrial, including dates for the pretrial conference, hearing on motions in limine, and deadlines for the required pretrial filings. (*Id.*) On September 17, 2013 the Court received Defendant's separate report, which was submitted in place of the joint report "because defendant's counsel has been unable to contact plaintiffs' counsel in connection with the preparation of the report." (ECF No. 85.)

      Plaintiffs have failed to comply with the Court's Order. To date, Plaintiffs have not filed a status report with the Court, let alone the joint status report that they were

ordered to prepare. The Court **ORDERS** Plaintiffs to file an individual Status Report with the Court by **September 27, 2013**. Additionally, the Court **ORDERS** the Plaintiffs to **SHOW CAUSE** in writing by **September 27, 2013**, why Plaintiffs should not be sanctioned for violating Rule 11(b)(2). No hearing will be held. Failure to timely file will result in sanctions of $1,000.00 and may result in dismissal of the action for lack of prosecution.

**IT IS SO ORDERED.**

September 20, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2