O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE ADAM and CHANDRA MARIE ADAM,<br><br>                Plaintiffs,<br>    v.<br>UNITED STAES OF AMERICA INTERNAL REVENUE SERVICE,<br><br>                Defendant. | Case No. 8:05-cv-00987-ODW(RNBx)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE. RULE 11 SANCTIONS [86]** |

On September 20, 2013, the Court ordered Plaintiffs to show cause why they should not be sanctioned for violating Rule 11(b)(2) after Plaintiffs failed to comply with the Court's Order to file a joint status report by September 17, 2013. (ECF No. 86.) On September 27, 2013, Plaintiffs responded to the Order, filing a unilateral status report and opposing sanctions. (ECF No. 87.) The Court hereby **DISCHARGES** the Order to Show Cause. (ECF No. 86.) Plaintiffs' counsel is warned that any future noncompliance with the Court's orders will result in monetary sanctions.

**IT IS SO ORDERED.**

September 30, 2013

_____

             **OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**